# — EXHIBIT A —

Olympus Group, Inc
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998



PKSSAW00100115
MICHAEL S GREEN

October 21, 2024

Dear Michael Green:

Olympus Group, Inc., writes to notify you of an incident that may affect the privacy of certain information related to our current and former employees. We take this incident seriously and are providing you with information about the incident, our response, and steps you can take to help safeguard your information.

**What Happened?** On June 21, 2024, we began experiencing a network disruption that temporarily limited our ability to access certain files and systems on our network. We immediately began an investigation with the assistance of third-party specialists to determine the full nature and scope of this incident. The investigation determined that we were the victim of a sophisticated ransomware attack. Our investigation further determined that limited data on our network was potentially accessed without authorization. Therefore, we reviewed the data at issue to determine the type of information it contained and to whom the information related.

**What Information Was Involved?** Our review is now complete and has determined that the potentially impacted information included your name in combination with one or more of the following: Social Security number, driver's license number, and/or passport number, if it was provided to us as part of your original employment eligibility verification materials.

**What We Are Doing.** In response to this incident, we notified law enforcement and implemented additional security measures to further protect our network and reduce the risk of a similar incident occurring in the future. We have no evidence any of the information described above has been or will be misused. However, in an abundance of caution, we are providing you complimentary access to twelve months of credit monitoring and identity protection services.

**What You Can Do.** We encourage you to enroll in the complimentary services we are providing if you have not already. Instructions for enrolling now and additional resources available to you are included in the enclosed *Steps You Can Take to Help Protect Your Information*.

**For More Information:** If you have questions about this incident, please contact us at 800-556-9620, or write to us at 9000 West Heather Avenue, Milwaukee, WI 53224.

We regret any concern this incident may cause you.

Sincerely,

Olympus Group, Inc.

## STEPS YOU CAN TAKE TO HELP PROTECT YOUR INFORMATION

*Enroll in Credit Monitoring / Identity Protection*

In response to the incident, we are providing you with access to Single Bureau Credit Monitoring/Single Bureau Credit Report/Single Bureau Credit Score services at no charge. These services provide you with alerts for twelve months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in event that you become a victim of fraud. These services will be provided by Cyberscout, a TransUnion company specializing in fraud assistance and remediation services.

To enroll at no charge, please log on to https://bfs.cyberscout.com/activate and follow the instructions provided. When prompted please provide the following unique code to receive services: ▮▮▮▮▮▮▮▮

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

*Monitor Your Accounts*

We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your credit reports and account statements for suspicious activity and to detect errors. Under U.S. law, you are entitled to one free credit report annually from each of the three major credit reporting bureaus, TransUnion, Experian, and Equifax. To order your free credit report, visit www.annualcreditreport.com or call 1-877-322-8228. Once you receive your credit report, review it for discrepancies and identify any accounts you did not open or inquiries from creditors that you did not authorize. If you have questions or notice incorrect information, contact the credit reporting bureau.

You have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a one-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any of the three credit reporting bureaus listed below.

As an alternative to a fraud alert, you have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without your express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a credit freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., III, etc.);
2. Social Security number;
3. Date of birth;
4. Address for the prior two to five years;
5. Proof of current address, such as a current utility or telephone bill;
6. A legible photocopy of a government-issued identification card (e.g., state driver's license or identification card); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft, if you are a victim of identity theft.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

| **TransUnion**<br>1-800-680-7289<br>www.transunion.com<br><br>**TransUnion Fraud Alert**<br>P.O. Box 2000<br>Chester, PA 19016-2000<br><br>**TransUnion Credit Freeze**<br>P.O. Box 160<br>Woodlyn, PA 19094 | **Experian**<br>1-888-397-3742<br>www.experian.com<br><br>**Experian Fraud Alert**<br>P.O. Box 9554<br>Allen, TX 75013<br><br>**Experian Credit Freeze**<br>P.O. Box 9554<br>Allen, TX 75013 | **Equifax**<br>1-888-298-0045<br>www.equifax.com<br><br>**Equifax Fraud Alert**<br>P.O. Box 105069<br>Atlanta, GA 30348-5069<br><br>**Equifax Credit Freeze**<br>P.O. Box 105788<br>Atlanta, GA 30348-5788 |
|---|---|---|

**Additional Information**

**Federal Trade Commission and State Attorneys General Offices**
You can further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the credit reporting bureaus, the Federal Trade Commission (FTC), or your state Attorney General. The FTC also encourages those who discover that their information has been misused to file a complaint with them. The FTC may be reached at 600 Pennsylvania Ave. NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261.

You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement, your state Attorney General, and the FTC. This notice has not been delayed by law enforcement.

*For New York residents*, the New York Attorney General may be contacted at Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.